O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

ESTER BURNETT,

    Plaintiff,

v.

DR. BRUCE FAECHER, et al.,

    Defendants.

Case No. CV 08-2745-PSG (MLG)

ORDER ACCEPTING AND ADOPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the third amended complaint and has conducted a de novo review of that portion of the Report and Recommendation of the United States Magistrate Judge to which objections were filed. The Court accepts and adopts the findings and recommendations in the Report and Recommendation and ORDERS that all claims be DISMISSED with prejudice as to Defendants Connor, John Doe #1, McClain, Curry, Freitas, Green, Moberg, Morse, Trask, Buckley, Kobata, Ruana, Williams, Clark, and Greenman. Service will be ordered on Defendants Marshall, Shorter, Steck, Luk, Gallagher, Faecher, Galapon, Martinez, Hawkins, and Ivie.

Dated: October 24, 2008

                                            Philip S. Gutierrez
                                            United States District Judge