

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ESTER BURNETT,<br><br>      Plaintiff,<br><br>v.<br><br>DR. BRUCE FAECHER, et al.,<br><br>      Defendants. | Case No. CV 08-2745-PSG (MLG)<br><br>ORDER ACCEPTING AND ADOPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the motion to dismiss and all of the records and files and has conducted a de novo review of that portion of the Report and Recommendation of the United States Magistrate Judge to which objections were filed. The Court accepts and adopts the findings and recommendations in the Report and Recommendation and orders that Defendant's Motion to Dismiss be denied in part and granted in part.

Dated: <u>July 6, 2009</u>

                                              Philip S. Gutierrez<br>
                                              United States District Judge