ENTERED – SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAR I 4 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

JS - 6/ENTER

FILED–SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAR I 4 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| ESTER BURNETT,<br><br>        Plaintiff,<br><br>        v.<br><br>DR. BRUCE FAECHER, et al.,<br><br>        Defendants. | Case No. CV 08-2745-PSG (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the action herein is dismissed with prejudice.

Dated: **3/14/11**

**PHILIP S. GUTIERREZ**
Philip S. Gutierrez
United States District Judge